Form B 2500A(summons)(12/15)

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois

In Re:

John Adrian Wease and Kimberly Ann Wease

Debtor(s).

Case Number: 15−71431

**Adversary Case Number: 15−07051**

(ALL DOCUMENTS REGARDING THIS MATTER *MUST* BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS)

Debra VanDettum

Plaintiff(s),

v.

John Adrian Wease, Kimberly Ann Wease

Defendant(s).

**SUMMONS IN AN ADVERSARY PROCEEDING**

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

U.S. Bankruptcy Court
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

Name and Address of Plaintiff's Attorney (or Plaintiff not represented by counsel):

John P Taylor
104 N 6th St #201
PO Box 3364
Springfield, IL 62708

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

**Date of Issuance: 12/28/15**

Go to *www.ilcb.uscourts.gov* for information regarding this court's ***mandatory*** electronic filing policy.

## CERTIFICATE OF SERVICE

I,_______________________________________________(name), certify that service of this summons and a copy of the complaint was made ______________________________________ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ________________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:_____________________ Signature:__________________________________________________________

Print Name:_________________________________________________________

Business Address:____________________________________________________

____________________________________________________